Bertha E. Nahe, Individually and as Administratrix, etc., of Louise E. Nahe, Deceased, Appellant, v. Henry J. Bauer and Katie Gampert, Defendants, Impleaded with Clark D. Rhinehart, Respondent. (Action No. 2.) — Judgment reversed and new trial granted, costs to abide the final award of costs, on the authority of *Nahe* v. *Bauer, No. 1* (*ante*, p. 115), decided herewith. Woodward, Thomas, Rich and Carr, JJ., concurred; Jenks, J., dissented.

John O'Neill, Respondent, v. Ellen F. O'Neill, Appellant.— Judgment and order affirmed, without costs. No opinion. Woodward, Burr, Thomas, Rich and Carr, JJ., concurred.

James L. O'Neill, as Assignee of Paul Whitin Manufacturing Company, Respondent, v. D. Levis Moore, Doing Business under the Name and Style of Moore Manufacturing Company, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ., concurred.

Albert Peterson, as Administrator, etc., of Charles Peterson, Deceased, Respondent, v. P. Ballantine & Sons, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Burr and Thomas, JJ., concurred; Carr, J., dissented; Rich, J., taking no part.

The People of the State of New York, Respondent, v. Michael Leavey, Appellant.— Judgment of conviction of the Court of Special Sessions and order denying defendant's motion for a new trial reversed and a new trial ordered, upon the ground that the evidence fails to establish beyond a reasonable doubt that defendant was guilty of the crime with which he was charged. Woodward, Burr, Thomas, Rich and Carr, JJ., concurred.

Caroline G. Redington, Respondent, v. George H. Hartford, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ., concurred.

Thomas Regan, Respondent, v. Manhattan Refrigerating Company, Appellant. — Judgment and order unanimously affirmed on reargument, with costs. No opinion. Present — Woodward, Burr, Thomas, Rich and Carr, JJ.

Peter W. Rohde and Others, Respondents, v. Louis J. Altkrug and Ray Reisenburger, Appellants, Impleaded with Sarah Meltzer and Others, Defendants.—